IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. Action No. 7:12-CV-137-D

CLARENCE D. GRIFFIN,       )
      Plaintiff,       )          ORDER
                         )
    v.                 )
                         )
CAROLYN W. COLVIN,         )
Acting Commissioner        )
of Social Security,        )
                         )
      Defendant.[1]    )

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Acting Commissioner's request, with Plaintiff's consent, to remand this action for further administrative proceedings, the Court hereby reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Acting Commissioner for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157, 115 L. Ed.2d 78 (1991); Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed.2d 293 (1993).

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin is therefore substituted for Commissioner Michael J. Astrue as Defendant in this suit.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this __25__ day of March 2013,

JAMES C. DEVER, III
Chief United States District Judge