AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| CLARENCE DAVID GRIFFIN, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) | **JUDGMENT IN A CIVIL CASE** |
| CAROLYN COLVIN, ) <br> *Acting Commissioner of the Social* ) <br> *Security Administration,* ) <br>     Defendant. ) | **CASE NO. 5:12-CV-478-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Consent Motion to Remand [D.E. 20] is GRANTED. The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 26, 2013,** WITH A COPY TO:

Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)


<u>March 26, 2013</u>                             JULIE A. RICHARDS, Clerk
Date                                        Eastern District of North Carolina

                                                        /s/Debby Sawyer
                                                        (By) Deputy Clerk

Raleigh, North Carolina