# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| CLARENCE DAVID GRIFFIN,   )<br>　　　Plaintiff,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　)<br>CAROLYN COLVIN,　　　　　　　　　)<br>*Acting Commissioner of the Social*　　)<br>*Security Administration,*　　　　　　　)<br>　　　Defendant.　　　　　　　　　　　) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:12-CV-137-D** |

Decision by the Court:

　　　**IT IS ORDERED AND ADJUDGED** that the Consent Motion to Remand [D.E. 20] is GRANTED. The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 26, 2013,** WITH A COPY TO:

Derrick Kyle Arrowood  (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)


<u>March 26, 2013</u>　　　　　　　　　　　　　　　JULIE A. RICHARDS, Clerk
Date　　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　　　/s/Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina