IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CV-137-D

| | |
|---|---|
| CLARENCE DAVID GRIFFIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social )<br>Security, )<br>)<br>Defendant. ) | **CONSENT ORDER** |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $3,380.88 for attorney fees, in full and final settlement of all claims due against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $3,380.88, sent to Plaintiff's Counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum this case is dismissed with prejudice.

SO ORDERED. This 16 day of May 2013.

JAMES C. DEVER III
Chief United States District Judge

Case 7:12-cv-00137-D   Document 25   Filed 05/16/13   Page 1 of 1